**Order entered July 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01143-CV

**LAKEITH AMIR-SHARIF, Appellant**

**V.**

**QUICK TRIP CORPORATION, ET AL., Appellees**

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-09-13818-E**

## ORDER

The Court has before it appellant's July 2, 2013 letter complaining that the Court has not

ruled on his motions for extension of time or filed his reply brief. The reply brief was filed on

June 17, 2013. To the extent relator's letter can be construed as a motion, we **DENY** it as moot.

          /s/     ELIZABETH LANG-MIERS
                    JUSTICE